IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :   Bankruptcy No. **04-11129-wwb**
Paul J. Bryan and Bonnie Jean Bryan,            :
                                                :   Chapter 7
                        *Debtors*               :

## Affidavit Regarding Delivery of Proof of Income

I, Thomas L. Yoset certify under penalty of perjury that on June 14, 2004 I served the Proof of Income required by Local Rule 1007-4 on the case trustee or other § 341 Meeting presiding officer assigned to the above referenced case.

                        CULBERTSON, WEISS, SCHETROMA AND SCHUG, P.C.

Dated: June 14, 2004         By: */s/ Thomas L. Yoset*
                                    **Thomas L. Yoset**, Esquire
                                    201 Chestnut Street, Suite 200
                                    Meadville, Pennsylvania 16335
                                    (814) 336-6400
                                    PA Bar I.D. 85092